UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-CR-495-D

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. CARLOS LUIS SANCHEZ-NUNEZ and 2. JESUS MANUEL REYES-DURAN,

   Defendant(s).

_____

**ORDER**
_____

THIS MATTER is before the Court on the Motion to Withdraw filed by the United States of America on October 10, 2006 (docket #89), requesting that Assistant United States Attorney Bernard E. Hobson be withdrawn as attorney of record representing the United States in this matter. The motion states that Assistant United States Attorney Gregory H. Rhodes has been assigned as lead counsel for this case. Upon review of the motion and file in this matter, I find that the motion should be and hereby is **GRANTED**. Therefore, it is hereby

ORDERED that Assistant United States Attorney Bernard E. Hobson is permitted to withdraw as attorney for the United States of America in this matter.

   Dated: October 16, 2006

                              BY THE COURT:
                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge